In re ELLWANGER'S WILL. (Supreme Court, Appellate Division, Fourth Department. May 12, 1909.) In the matter of the probate of the will of George Ellwanger, deceased, William D. Ellwanger, as sole executor, etc., appearing against Henry S. Bacon and William T. Plumb, as special guardian, etc. No opin-

ion. Order affirmed, with $10 costs and disbursements. See, also, 114 N. Y. Supp. 727.